# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 2, 2017

*By Facsimile*

Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax No: (212) 805-4060

U.S. DISTRICT COURT
FILED
MAY 03 2017
S.D. OF N.Y.

DOC #_____

Re: *United States v. Thiodore Galitsa*, 17 Mag. 3077 (UA)

Dear Judge Netburn:

I write on consent (Assistant U.S. Attorney Michael Krouse) to respectfully request that the Court modify Mr. Galitsa's release conditions so that the condition of home incarceration with electronic monitoring can be satisfied within one day of Mr. Galitsa's release from *ICE custody*.

Mr. Galitsa was presented on April 24, 2017 on a Complaint charging him with illegal reentry in violation of 18 U.S.C. § 1326(a); and making false statements to a federal agent, in violation of 18 U.S.C. §1001(a)(2).

Magistrate Judge Fox set conditions of release including the following: (1) a $50,000 personal recognizance bond co-signed by two financially responsible persons, and secured by $7,500 in cash or property; (2) surrender of all travel documents; and (3) home incarceration with electronic monitoring. All conditions were to be satisfied before Mr. Galitsa's release.

There is an ICE detainer on Mr. Galitsa, and our expectation is that he will be transferred into ICE custody after being "released" from criminal custody. Pre-trial Services (Josh Rothman) has informed us that Pretrial will not set up the electronic monitoring until Mr. Galitsa has been granted release by ICE. (There is a possibility that Mr. Galitsa will not be released.) Accordingly, it will be impossible for Mr. Galitsa to satisfy the home incarceration condition prior to his release from BOP custody.

We respectfully request that the Court modify bail so that Mr. Galitsa may be released upon satisfaction of the three conditions set forth above. (These conditions have, in fact, already been satisfied.) We further request that the Court indicate that the condition of home incarceration with electronic monitoring must be satisfied within one day of Mr. Galitsa's release from ICE custody.

*Application granted.*

*So Ordered.* [signature] 5/3/2017

Honorable Sarah Netburn                                      Page 2
May 2, 2017

Re:     *United States v. Thiodore Galitsa*, 17 Mag. 3077 (UA)

Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      /s/
                                      Martin Cohen
                                      Ass't Federal Defender
                                      Tel.: (212) 417-8737

Cc:     Michael Krouse, Esq., by e-mail
       Joshua Rothman, Pretrial Services, by e-mail

MAY-02-2017 14:08     FEDERAL DEFENDERS OF NY     212 571 0392     P.001



# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

## FAX COVER SHEET

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| FAX TO: | Mag Court |
| FAX NUMBER: | 212-805-4060 |
| DATE SENT: | May 2 2017 |
| SENDER: | Martin Cohen |
| NO. OF PAGES: | 3 (including this cover sheet) |
| COMMENTS: | US v Galitsa, 17-3077 Bail Mod. Thanks! (MJC) |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392

