

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    United States v. Thiodore Igorovich Galitsa, No. 17 Cr. 324 (VEC)

Dear Judge Caproni:

      I apologize for missing the deadline for responding to the defense motion for a new trial and the Court's order to show cause. I had in my notes that the Government's response was due 30 days after the defense submission, but after reviewing the trial transcript, I realize that the defense had 30 days to *file* post-trial motions. Moreover, for whatever reason, I did not receive or inadvertently deleted the ECF notification regarding the Court's order to show cause. With the Court's permission, the Government will promptly file its response to the defense motion tonight or tomorrow morning.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By: _____
      Michael Krouse/Brooke Cucinella
      Assistant United States Attorneys
      (212) 637-2279/2477

cc:    Martin Cohen, Esq.
       Jonathan Marvinny, Esq.